# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| LISA ANDREWS, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:24-cv-02768-SHL-tmp |
| MARK NORRIS AND DALE WAYNE NORRIS, | ) |
| Defendants. | ) |

## ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING COMPLAINT WITH PREJUDICE

Before the Court is Chief Magistrate Judge Tu M. Pham's Report and Recommendation ("R&R"), filed November 20, 2024. (ECF No. 5.) In the R&R, the Chief Magistrate Judge recommends that the Court dismiss pro se Plaintiff Lisa Andrews's complaint "due to the frivolous nature of the allegations." (Id. at PageID 14–15.)

A magistrate judge may submit to a judge of the court proposed findings of fact and recommendations for dismissal of a complaint for failure to state a claim. 28 U.S.C. § 636(b)(1)(B). "Within 14 days after being served with a copy of the recommended disposition, a party may serve and file specific written objections to the proposed findings and recommendations." Fed. R. Civ. P. 72(b)(2); see also 28 U.S.C. § 636(b)(1) (2017). A district court reviews de novo only those proposed findings of fact or conclusions of law to which a party specifically objects; the rest are reviewed for clear error. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3).

Andrews's deadline to object to the R&R was December 4, 2024, and no objections were filed. The Court has therefore reviewed the R&R in its entirety for clear error and finds none.

The R&R properly explains that the often-illegible text in Andrews's complaint "offers no factual basis for her frivolous allegations" and is "totally implausible, attenuated, unsubstantial, frivolous, devoid of merit, [and] no longer open to discussion." (Id. at PageID 14.)  The Court agrees with the Chief Magistrate Judge's conclusion that the case should be dismissed. Therefore, the Court **ADOPTS** the Chief Magistrate Judge's R&R and **DISMISSES** the complaint **WITH PREJUDICE**.

**IT IS SO ORDERED,** this 19th day of December, 2024.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE